UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT

vs.

FOR

DEFENDANT  Doru MACIUCA | NORTHERN DISTRICT OF NEW YORK

Docket No.  96-MG-170

## JUDGMENT AND PROBATION/COMMITMENT ORDER

The defendant appeared in person on  April   8,   1996
                                     Month   Day   Year

**COUNSEL**  X  WITHOUT COUNSEL    However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

WITH COUNSEL _____
              Name of Counsel

**PLEA**  X  GUILTY, and the court being satisfied that there is factual basis for the plea.
          ___ NOLO CONTENDERE
          ___ NOT GUILTY

There being a finding/verdict of: ___ NOT GUILTY. Defendant is discharged
                                   X  GUILTY

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
APR 8 1996
AT ____ O'CLOCK ____ M.
GEORGE A. DAY, Clerk

**FINDING AND JUDGMENT**

Defendant has been charged of the offense(s) of:

Defendant, knowing that Sorin CUCU BODNARIU, being an alien born in Romania, who had not received prior official authorization to come to, enter, or reside in the United States, attempted to bring such alien to the United States in the trunk of a vehicle at Champlain, New York, this being in violation of

Title: ____8____ United States Code, Section ____1324(a)(2)(A)____

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of:

**SENTENCE OR PROBATION ORDER**

Term of Imprisonment: Thirty (30) days beginning April 6, 1996.

Fine of $ 225.00   and special assessment of $ 25.00   imposed and paid.

___ Special assessment remitted under 18 U.S.C. 3573 upon petition of Government.

DATED: April 8, _____, 1996

Henry Van Acker, Jr.
U.S. Magistrate Judge
One Lincoln Blvd.
Rouses Point, NY 12979
(518) 297-2100